**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>RIGOBERTO OSORIO-MERLO,<br><br>　　　　Defendant. | Case No. 2:25-mj-00594-EJY<br><br>**ORDER** |

　　　IT IS HEREBY ORDERED that the Stipulation to Continue Preliminary Hearing (ECF No. 13) is GRANTED.

　　　IT IS THEREFORE ORDERED that the preliminary hearing currently scheduled for Thursday, December 4, 2025 at 4:00 p.m. be vacated and continued to April 8, 2026 at the hour of 1:00 p.m. in Courtroom 3D.

　　　DATED this 26th of November, 2025.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE